**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION
JURY**

| | | |
|---|---|---|
| MELISSA GRACE LOPEZ<br>*Plaintiff* | §<br>§<br>§ | |
| V. | §<br>§ | CIVIL ACTION NO. 7:21-CV-43 |
| BENITO SILVESTRE CANTU, JR.,<br>TINA MARIE HILL, and<br>SOUTHERN INTERMODAL<br>XPRESS, LLC<br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§ | |

## JOINT NOTICE OF SETTLEMENT

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now come MELISSA GRACE LOPEZ, Plaintiff, and TINA MARIE HILL, SOUTHERN INTERMODAL XPRESS, LLC and BENITO SILVESTRE CANTU, JR, Defendants in the above-styled and numbered cause, and pursuant to Local Rule 16.3 file this Joint Notice of Settlement, and in support thereof, would show the Court as follows:

1. The parties have resolved any and all claims asserted in connection with the above captioned case and are in the process of preparing the appropriate releases and dismissal documents.

2. Accordingly, the parties respectfully request that the Court vacate the Initial Pretrial and Scheduling Conference, set for April 14, 2021, and all motions previously filed requesting a continuance of that conference.

7405/3; DM #276857

Respectfully submitted,

By: */s I. Cecilia Garza*
**I. CECILIA GARZA**
State Bar No. 24041627
Federal ID: 578825
P.O. Box 4134
Edinburg, Texas 78540
Telephone: (956) 335-4900
Facsimile: (956) 338-5700
Email: cecilia@garzamartinezlaw.com
**ATTORNEY IN CHARGE FOR PLAINTIFF**

By: */s Carlos E. Ortegon*
Carlos E. Ortegon
State Bar No. 24048701
Federal ID: 636142
504 E. 9th Street, Ste. A
Mission, Texas 78572

**DAVIDSON TROILO REAM & GARZA, P.C.**
601 N.W. Loop 410, Suite 100
San Antonio, Texas 78216
Telephone: (210) 349-6484
Facsimile: (210) 349-0041

  */s/ David R. Rangel*
**DAVID R. RANGEL**
State Bar No. 24041749
Federal I.D. No. 875461
drangel@dtrglaw.com
**NICONDRA CHARGOIS-ALLEN**
State Bar No. 24031935
Federal I.D. No. 872210
nallen@dtrglaw.com

**ATTORNEYS FOR DEFENDANTS
TINA MARIE HILL AND SOUTHERN
INTERMODAL XPRESS, LLC**

2